```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         JUL 17 2008

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                     DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE BELTRAN,<br><br>　　　　Petitioner,<br><br>vs.<br><br>D. DEXTER, WARDEN, ET AL.,<br><br>　　　　Respondents. | Case No. CV 07-6614-R(RC)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition and other papers along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a *de novo* determination.

　　　IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) the Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) Judgment shall be entered denying petitioner's right to file a second or successive petition, or alternatively, denying the petition and dismissing the action with prejudice.

//

1  IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2  Order, the Magistrate Judge's Report and Recommendation and Judgment
3  by the United States mail on petitioner.

5  DATED: July 17, 2008

        _____
        MANUEL L. REAL
        UNITED STATES DISTRICT JUDGE
        (signed: Mariana R. Pfaelzer for)

11  R&Rs\07-6614.ado
    6/9/08