FILED
CLERK, U.S. DISTRICT COURT

JUL 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE BELTRAN, | ) | Case No. CV 07-6614-R(RC) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| D. DEXTER, WARDEN, ET AL., | ) | |
| | ) | |
| Respondents. | ) | |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that petitioner's request to file a second or successive petition is denied, or alternatively, the petition is denied and the action is dismissed with prejudice.

DATE: July 17, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

R&Rs\07-6614.jud2
6/9/08